IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IMEN GHARBI and HATTAB (Ben) GHARBI, as Administrators of the Estate of E.G., dec'd and in their own right,** | : | Civil No. 1:19-cv-1006-SHR |
| **Plaintiffs,** | : | |
| v. | : | |
| **POTACIA W. FRANCIS, M.D. and UPMC PINNACLE HOSPITALS t/d/b/a UPMC PINNACLE HARRISBURG,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion to dismiss (Doc.4) filed by Defendant the United States of America is **GRANTED**. Plaintiffs' claims against the United States are **DISMISSED WITHOUT PREJUDICE**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Date: October 3, 2019